AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

<table>
<tr><td>

JOSE E. VALLADARES AYALA et. al.
(see attached Rider)

_____
*Plaintiff(s)*

v.

DTO ALTERATIONS LLC et. al.
(see attached Rider)

_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.

</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  see attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Helen F. Dalton & Associates, P.C.

Roman Avshalumov, Esq.

80-02 Kew Gardens Road, Suite 601

Kew Gardens, NY 11415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    04/17/2026
_____    /S/ V. BRAHIMI
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



Print        Save As...                    Reset

## RIDER TO SUMMONS

Civil Case No.: _____

FULL COMPLAINT CAPTION:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE E. VALLADARES AYALA, MARCELINO NIETO
JIMENEZ, LUCIO NIETO, CARLOS ACEVEDO
BALTAZAR, and CARITINO V. TORRES ACEVEDO,
individually and on behalf of all others similarly situated,

                                  Plaintiffs,

        -against-

DTO ALTERATIONS LLC, WILD GEESE
ALTERATIONS LLC, CELTIC 123 INC., and CELTIC
DEMOLITION, INC., and DANNY M. DEJESUS, ORIE
CRAIG DALY, and KIERAN F. SLEVIN, as individuals,

                              Defendants.
------------------------------------------------------------------------X

**Civil Case No.:**

_____

**CLASS/COLLECTIVE
ACTION
COMPLAINT**

*JURY TRIAL
DEMANDED*

*via personal service:*
**DANNY M. DEJESUS**

156 Mount Vernon Avenue, Suite 210, Mount Vernon, NY 10550

105 Giera Ct #72, Parlin, NJ 08859.


**ORIE CRAIG DALY**

156 Mount Vernon Avenue, Suite 210, Mount Vernon, NY 10550

325 W 38th St Rm 710, New York, New York 10018

1159 President St Apt 4E, Brooklyn, NY 11225


**KIERAN F. SLEVIN**

156 Mount Vernon Avenue, Suite 210, Mount Vernon, NY 10550.

25 Rutland Rd, Bronxville, NY 10708

*via Secretary of State service:*

**DTO ALTERATIONS LLC (DOS ID: 6517983)**

1200 WATER PLACE, SUITE 105, BRONX, NY, UNITED STATES, 10461

**WILD GEESE ALTERATIONS LLC (DOS ID: 6364815)**

325 WEST 38TH STREET, # 710, NEW YORK, NY, UNITED STATES, 10018

**CELTIC 123 INC.  (DOS ID: 4588518)**

4346 KATONAH AVENUE, BRONX, NY, UNITED STATES, 10470

**CELTIC DEMOLITION, INC. (DOS ID: 4906144)**

156 MT. VERNON AVENUE, MT. VERNON, NY, UNITED STATES, 10550

2